Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>STEVEN M. BARNETT,<br><br>Defendant. | Docket Number: 6:18-po-00293-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |

    The United States, by and through its representative, Susan St. Vincent hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for June 18, 2019. Defendant was sentenced to 36 months of unsupervised probation on June 19, 2018 and to date, he has complied with all the terms of that probation. A second review hearing is currently scheduled for June 16, 2020 and a final review hearing is scheduled for May 18, 2021.

.

    Dated: June 14, 2019                       /S/ Susan St. Vincent
                                                      Susan St. Vincent
                                                      Legal Officer
                                                      Yosemite National Park

1

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the review hearing scheduled for June 18, 2019 in the above referenced matter, *United States v. Barnett, 6:18-po-00293-JDP*, be vacated.

IT IS SO ORDERED.

Dated: June 14, 2019

                                             UNITED STATES MAGISTRATE JUDGE