Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>STEVEN M. BARNETT,<br><br>Defendant. | Docket Number: 6:18-po-00293-JDP<br><br>**MOTION TO VACATE REVIEW HEARING; AND ORDER THEREON** |
|---|---|

    The United States, by and through its representative, Sean O. Anderson hereby moves the Court for an Order to Vacate the review hearing currently scheduled in this matter for June 16, 2020. The Defendant is in agreement with this request. To date, Defendant has complied with all the terms of unsupervised probation and made payments towards his fine, as ordered by this Court on June 19, 2018. A final review hearing is scheduled for this matter on May 18, 2021.

.

Dated: June 11, 2020                     /S/ Sean O. Anderson
                                                     Sean O. Anderson
                                                     Acting Legal Officer
                                                     Yosemite National Park

## **ORDER**

Upon application of the United States, and good cause having been shown therefor, it is hereby ordered that the review hearing scheduled for June 16, 2020 in the above referenced matter, *United States v. Barnett, 6:18-po-00293-JDP*, be vacated.

IT IS SO ORDERED.

Dated:   June 12, 2020

UNITED STATES MAGISTRATE JUDGE

2